## Commonwealth *v.* Grove, Appellant.

Argued March 19, 1973.  *Joel Feldscher*, for appellant; *Linda West Conley*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.